UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANTOS ARNULFO ESCOBAR and FRANCISCO GALINDO APARICIO, *individually and on behalf of Others similarly situated,* <br><br>　　　　　　　　　Plaintiffs, <br><br>　　-against- <br><br> MAHOPAC FOOD CORP. (D/B/A ASOCIATED F/D/B/A PIONEER), DARHAN DARHAN, HAMED DOE, JOE DOE (A/K/A HAKMET A. OTHAM: (A/K/A) JOEY OTHMAN), <br><br>　　　　　　　　　Defendants, | Index No.: 19-CV-00510-FB-JRC <br><br> **NOTICE OF APPEARANCE** |

　　　　**PLEASE TAKE NOTICE** that the undersigned counsel, Ramee Othman of Othman Legal, P.C., hereby appears on behalf of Defendant HAKMET OTHMAN, i/s/h/a JOE DOE.

Dated:　Staten Island, New York
　　　　March 17, 2023

　　　　　　　　　　　　　　　　　　　　　　　　 /s/
　　　　　　　　　　　　　　　　　　　　RAMEE OTHMAN, ESQ.
　　　　　　　　　　　　　　　　　　　　Othman Legal, P.C.
　　　　　　　　　　　　　　　　　　　　260 Christopher Lane
　　　　　　　　　　　　　　　　　　　　Staten Island, NY 10314
　　　　　　　　　　　　　　　　　　　　Tel. (718) 477-1500
　　　　　　　　　　　　　　　　　　　　Fax (212) 208-2403
　　　　　　　　　　　　　　　　　　　　Rothman@othmanlegal.com

Cc:　*Via ECF Only*
　　　All Counsel of Record