UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

SANTOS ARNULFO ESCOBAR and
FRANCISCO GALINDO APARICIO,
individually and on behalf of others similarly
situated,

                      *Plaintiff,*

-against-

MAHOPAC FOOD CORP. (D/B/A
ASSOCIATED F/D/B/A PIONEER),
DARHAN DARHAN, HAMED DOE, and
JOE DOE (A/K/A HAKMET A. OTHAM:
(A/K/A) JOEY OTHMAN),

                      *Defendants,*
-------------------------------------------------------X

Index No.: 1:19-cv-00510-FB-JRC

**OFFER OF JUDGMENT
PURSUANT TO F.R.C.P. RULE 68**

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Rule 68"), Defendant JOE DOE (A/K/A HAKMET A. OTHAM: (A/K/A) JOEY OTHMAN), offers judgment in the amount of -Five Thousand Dollars and Zero Cents ($5,000.00), inclusive of costs and reasonable attorney's fees incurred as of the date of this offer, in favor of SANTOS ARNULFO ESCOBAR ("Plaintiff"), in complete satisfaction of all claims against Defendant JOE DOE (A/K/A HAKMET A. OTHAM: (A/K/A) JOEY OTHMAN) alleged in Plaintiff's Complaint. Defendant shall make the payment of Five Thousand Dollars and Zero Cents ($5,000.00), no later than October 27, 2023.

      This offer of judgment is made solely for the purposes intended by Rule 68, and evidence of this offer is not admissible except in a proceeding to determine costs. Neither this offer, nor any judgment that may result from this offer, may be construed either as an admission (i) that the Defendant is liable in this or any action; (ii) that any allegations of the Complaint are true; or (iii) that Plaintiff has suffered any damage, or is in any way entitled to recovery of any sums inclusive of costs and/or attorney's fees.

The making of this offer is a withdrawal of any and all previous offers, formal or informal, made by Defendant, and this offer of Defendant shall remain open until timely accepted or withdrawn as provided by Rule 68.

In the event this offer of judgment is not timely accepted within fourteen days and is deemed withdrawn under Rule 68, then evidence of this offer shall not be admissible except in a proceeding to determine attorneys' fees, interest and costs. In the event this offer of judgment is not accepted and the verdict or determination is favorable to Defendant, as defined under Rule 68, then Defendant shall apply for costs, including reasonable attorneys' fees, as are compelled after the date of this offer of judgment by Plaintiff's non-acceptance of this offer of judgment, as allowed by Rule 68.

Dated: September 27, 2023

Respectfully Submitted:

*Ramee Othman*
Ramee Othman, Esq.
Othman Legal, P.C.
260 Christopher Lane
Staten Island, NY 10314
Email: rothman@othmanlegal.com