# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510            Telephone: (212) 317-1200
New York, New York 10165                 Facsimile: (212) 317-1620

January 18, 2024

VIA ECF
Hon. James R. Cho
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:     Escobar et al v. Mahopac Food et al
                  Docket No.: 1:19-cv-00510-FB-JRC

Dear Judge Cho:

       This office represents the Plaintiff in the above-referenced matter. We wish to extend our sincerest apologies to the Court for failing to meet the deadline of January 16, 2024, as set forth in the Court's Scheduling Order dated December 21, 2023. Our client, Plaintiff Santos Arnulfo Escobar, is currently in the process of seeking new legal representation. This situation has led to unexpected delays and complications in our ability to comply with the Court's timeline.

       We thank the Court for its continued time and attention to this matter.

                                        Respectfully Submitted,

                                        */s/ Catalina Sojo*
                                        Catalina Sojo, Esq.
                                        CSM Legal, P.C.
                                        *Attorneys for Plaintiff*