UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------
SANTOS ARNULFO ESCOBAR,

                        Plaintiff,

   -against-

MAHOPAC FOOD CORP. (d/b/a ASSOCIATED F/D/B/A PIONEER), DARHAN DARHAN, HAMED DOE,

                        Defendants.

---------------------------------------------------------------------

**NOTICE TO DEFENDANTS**

Case No. 19-CV-510-FB-JRC

<u>Telephone Hearing:</u>
Date: December 10, 2024
Time: 10:00 a.m. (EST)

Dial-In: 571-353-2301
Meeting ID: 709-478-501#

**JAMES R. CHO, United States Magistrate Judge:**

Plaintiff Santos Arnulfo Escobar ("Plaintiff") has started a lawsuit against Defendants **Mahopac Food Corp., Darhan Darhan,** and **Hamed Doe** (collectively, "Defendants"). You are receiving this notice as one of the Defendants.

Plaintiff alleges that you owe him unpaid minimum wages, overtime wages and penalties under federal and state law. Plaintiff is seeking hundreds of thousand dollars in damages.

You are receiving this notice because you have not answered or otherwise responded to the Court about the Plaintiff's allegations. Plaintiff claims that you have received written notice of this lawsuit.

Plaintiff has asked the Court to enter a default judgment in his favor against you. Plaintiff has asked the Court to conclude: (1) that you do not oppose Plaintiff's allegations, or disagree with his claims; and (2) that Plaintiff is entitled to judgment in the full amount he claims you owe him. This amount may total hundreds of thousands of dollars for which you may be responsible. <u>If you continue to fail to participate, the Court may grant Plaintiff's request and enter the default judgment.</u>

A judgment is a public record with significant potential consequences, particularly if you do not pay the judgment. Plaintiff may be allowed to enforce an unpaid judgment through various methods against you.

Enclosed is an order scheduling a Telephone Conference for <u>December 10, 2024 at 10:00 a.m.</u> <u>(EST)</u> to discuss Plaintiff's motion asking the Court to enter default judgment against you. You may participate in the conference by calling **571-353-2301** and typing in the access code **709-478-501#**. As an individual defendant, you may have a lawyer appear for you. Corporations must appear through a lawyer.

On or before <u>December 3, 2024</u>, if you would like to inform the Court and Plaintiff of your views, including as to whether you received notice about the lawsuit prior to this notice, or what your factual and legal objections are to Plaintiff's claims, you may send a letter or statement to the Court and to Plaintiff's counsel, whose information is at the bottom of the page. If you did not receive a copy of the complaint, you may request one from Plaintiff's lawyer or the Clerk of Court. Any letter or statement to the Court should clearly identify the case name and number from the caption of this notice and can be mailed or delivered to:

> United States District Court
> for the Eastern District of New York
> Attn: Clerk's Office / Judge Cho
> 225 Cadman Plaza East
> Brooklyn, New York 11201

By <u>November 19, 2024</u>, Plaintiff is ordered to serve a copy of this notice and the full docket sheet on the Defendants at the following addresses and file proof of service on ECF:

Mahopac Food Corp.
530 86th Street
Brooklyn, New York 11209

Darhan Darhan
68 Bowdoin Street
Staten Island, New York 10314

Darhan Darhan
c/o Mahopac Food Corp.
530 86th Street
Brooklyn, New York 11209

Hamed Doe
c/o Mahopac Food Corp.
530 86th Street
Brooklyn, New York 11209

Dated: Brooklyn, New York
November 14, 2024

s/ James R. Cho<br>
JAMES R. CHO<br>
United States Magistrate Judge

<u>Plaintiff's Counsel</u>
John Troy
Troy Law, PLLC
41-25 Kissena Blvd., Suite 110
Flushing, New York 11355
718-762-2332
Email: johntroy@troypllc.com